■ JERICHO PLUMBERS SUPPLY CO., Respondent, v. MILTON WANDOLOSKI et al., Defendants, and ERWIN DRESSEL, Appellant.—

No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.